

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00268-CV

IN THE INTEREST OF H.P. AND H.H.,
CHILDREN

§ On Appeal from the 415th District
Court

§ of Parker County (CV20-0936)

§ December 16, 2021

§ Per Curiam Memorandum Opinion

## JUDGMENT

This court has considered the record on appeal in this case and holds that there

was no error in the trial court's judgment. It is ordered that the judgment of the trial

court is affirmed.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM